Bernard R. Mazaheri
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Arizona Bar Number 034891
Email - bernie@thelaborfirm.com
Tel – (602) 529-4935

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Christina Arrington, individually & on behalf of all similarly situated, | No. 3:19-cv-8250-DJH |
|---|---|
| Plaintiff(s), | NOTICE OF DISMISSAL |
| v. | |
| Rainwater LLC, | |
| Defendant. | |

DATED this 18th day of November, 2019

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Attorney for Plaintiff Arrington

The named Plaintiff, Christina Arrington, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) notifies the Honorable Court of voluntarily dismissing her action.

Respectfully submitted this 18th day of November, 2019.

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Arizona Bar Number 034891
Email - bernie@thelaborfirm.com
Tel – (602) 529-4935
Attorney for Plaintiff Arrington